# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:73-cv-00015-LDG |
| v. | **ORDER** |
| ORR WATER DITCH CO., *et al.*, | |
| Defendants. | |

In Re: Matter of Application 56226, *et al.,* and State Engineer Ruling on Remand #4116A

For good cause shown,

THE COURT **ORDERS** that the City of Fernley's Motion to Voluntarily Withdraw its Appeal with Prejudice (#9) is GRANTED. The City of Fernley's Appeal is WITHDRAWN with prejudice and this matter is hereby closed.

DATED this 28 day of March, 2008.

_____
Lloyd D. George
United States District Judge